UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.* BAMC LLC,

Plaintiff,

v.

MAR-CAN TRANSPORTATION CO., INC. and B-ALERT, INC.,

Defendants.

No. 24 Civ. 7322 (KMK)

**UNDER SEAL**

**[~~PROPOSED~~] ORDER**

WHEREAS, on May 15, 2026, the United States filed a Notice of Election to Intervene (the "Notice") notifying the Court of its decision to intervene in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The Complaint shall be unsealed after entry of this Order. All documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior orders and as provided for in Paragraph 2 below. Upon the unsealing of the Complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.
2. The seal shall be lifted as to the Relator's Complaint, this Order, and the Notice.
3. The United States shall file any Complaint-in-Intervention in this action no later than July 30, 2026.

Dated: June 15, 2026
White Plains, New York

SO ORDERED:

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE